UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGINALD WILLIAMS,<br><br>         Plaintiff,<br><br>  -against-<br><br>BACKROCK, INC.; MICHELLE EDKINS; GASSIA FOX; and JENNY CHOW,<br><br>         Defendants. | 21-CV-7929 (JMF)<br><br>ORDER OF SERVICE |

JESSE M. FURMAN, United States District Judge:

  Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

  The Clerk of Court is directed to issue summonses as to Defendants BlackRock, Inc., Michelle Edkins, Gassia Fox, and Jenny Chow. Plaintiff is directed to serve a summons and the complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated: September 30, 2021
     New York, New York

                     _____
                        JESSE M. FURMAN
                     United States District Judge