# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGINALD WILLIAMS,<br><br>          Plaintiff,<br><br>v.<br><br>BLACKROCK, INC., et al.<br><br>          Defendants. | CIVIL ACTION No. 21-cv-07929-JMF |

## PLAINTIFF'S OBJECTION TO THE APPOINTMENT OF PRO BONO COUNSEL

Comes now Plaintiff Reginald Williams, proceeding *pro se* in the above-styled cause, and respectfully objects to the appointment of pro bono counsel to represent him for the purposes of mediation in this case. As grounds for his objection, Plaintiff states as follows:

1.  On September 30, 2021, this honorable Court issued its Mediation Referral Order for Pro Se Employment Discrimination Cases (Doc. 3).

2.  By the referral order, this matter was referred for mediation to the Court's Mediation Program and the Clerk of Court directed to locate pro bono counsel to represent Plaintiff solely for the purposes of mediation (*Id.*).

3.    The order further stipulated that any objection by Plaintiff- either to the mediation or to the Court's request for pro bono counsel to represent Plaintiff in the mediation- be filed by Plaintiff within 14 days of the issuance of the referral order (*Id.*).

4.    Plaintiff hereby consents to mediation and objects to the appointment of pro bono counsel to represent him in the mediation, as plaintiff is a practicing trial attorney licensed in the state of Alabama. Plaintiff avers that he is prepared to represent himself at all stages of this litigation.

WHEREFORE, Plaintiff Reginald Williams, proceeding *pro se*, respectfully objects to the appointment of pro bono counsel and states his intention to represent himself in the mediation of this matter.

Respectfully submitted on this 14th day of October 2021.


*/s/ Reginald Williams*


Reginald Williams

399 Congress Street

Unit #303

Boston MA 02210

251-222-2709

reginald@williams-llc.com