```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :
REGINALD WILLIAMS,                              :
                          Plaintiff,            :        21-CV-7929 (JMF)
                                                :
               -v-                              :        ORDER
                                                :
BLACKROCK, INC. et al.,                         :
                          Defendants.           :
                                                :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On April 12, 2022, Plaintiff filed a motion to strike certain of Defendants' affirmative defenses under Rule 12(f) of the Federal Rules of Civil Procedure. ECF No. 26. Defendants shall serve any opposition to the motion for judgment on the pleadings by **April 27, 2022**. Plaintiff's reply, if any, shall be served by **May 4, 2022**.

      SO ORDERED.

Dated: April 13, 2022  
       New York, New York  
                                              JESSE M. FURMAN  
                                              United States District Judge