UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINALD WILLIAMS,

        Plaintiffs,

v.

BLACKROCK, INC., MICHELLE EDKINS, and RAY CAMERON

        Defendants.

No. 21 Civ. 07929 (JMF)

## STIPULATION TO FILE AMENDED ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and among undersigned counsel, that Defendants BlackRock, Inc., Michelle Edkins, and Ray Cameron (collectively, the "Defendants") may file the First Amended Answer, submitted herewith, to Plaintiff's Second Amended Complaint (DKT No. 21).

Dated: May 4, 2022

Respectfully,

| BLACKROCK, INC., MICHELLE EDKINS, and RAY CAMERON | REGINALD WILLIAMS |
|---|---|
| By: */s/ Lisa Lupion* | By:*/s/ Reginald Williams* |
| Lisa Lupion | Reginald Williams, *pro se*\* |
| Tierra Piens (PRO HAC VICE) | |
| ORRICK, HERRINGTON, & SUTCLIFFE LLP | 3500 Clairmont Avenue S |
| 51 West 52nd Street | Birmingham, AL 35222 |
| New York, NY10019-6142 | Tel.: 251-222-2709 |
| Tel.: 212-506-5000 | reginald@williams-llc.com |
| llupion@orrick.com | |
| tpiens@orrick.com | |

\* Electronically signed with consent

//
//
//