UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
       :
REGINALD WILLIAMS,       :
                     Plaintiff,       :
       :       21-CV-7929 (JMF)
          -v-       :
       :       <u>ORDER</u>
BLACKROCK, INC. et al.,       :
                     Defendants.       :
       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On April 12, 2022, Plaintiff file a motion to strike certain of Defendants' affirmative defenses under Rule 12(f) of the Federal Rules of Civil Procedure.  *See* ECF No. 26.  On May 4, 2022, pursuant to a stipulation between the parties, Defendants filed an amended answer.  *See* ECF No. 33.  Accordingly, by **May 25, 2022**, Plaintiff shall file  (1) a new motion to strike, (2) a letter stating that he relies upon the previous motion, or (3) a letter withdrawing the motion as moot.  If Plaintiff files a new motion or a letter stating that he is relying upon the previous motion, any opposition shall be due **June 8, 2022**, and any reply shall be due **June 15, 2022**.

       SO ORDERED.

Dated: May 5, 2022
       New York, New York       _____
                                 JESSE M. FURMAN
                                 United States District Judge