UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINALD WILLIAMS,

        Plaintiff,

v.

BLACKROCK, INC., *et al.*

        Defendants.

No. 21-cv-07929-JMF

## PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' FIRST, SECOND, THIRD, FOURTH, FIFTH, SIXTH, SEVENTH, EIGHTH, AND NINTH AFFIRMATIVE DEFENSES

Pursuant to the Court's order dated May 6, 2022 (Doc. 35), Plaintiff respectfully moves to withdraw his motion to strike certain of Defendants' affirmative defenses (Doc. 26), given Defendants' filing of an Amended Answer on May 4, 2022 (Doc. 33).

Dated: May 25, 2022

By: s/ Reginald Williams

*pro se*

3500 Clairmont Avenue S

Birmingham AL 35222

reginald@williams-llc.com

Application GRANTED. The Clerk of Court is directed to terminate ECF Nos. 39 and 26. SO ORDERED.

May 26, 2022